**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

IN RE:                                                              CHAPTER 13

**WILLIAM BRADLEY JONES**                        CASE NO. 23-40147
      Debtor

---

AMENDMENT TO SCHEDULES

---

Comes the Debtor and amends the following schedules:

AMEND:  SCHEDULES  E:

| Division of Collections | Incurred: | Amount |
|---|---|---|
| Department of Revenue | | |
| P. O. Box 491 | 2022 | $5,645.44 |
| Frankfort, KY 40602-0491 | Income Taxes | |

\*\*\*\*  If amendment lists you as a creditor, you have 90 days from the date of certification of mailing of amendment within which to file a proof of claim. (ONLY IF CASE IS A CHAPTER 13 OR ASSET CHAPTER 7)

The undersigned certifies under penalties of perjury that we have read the foregoing amendment, and certify that the statements therein contained are true and complete to the best of our knowledge, information and belief.

Executed on   11-16-23                              /s/ William Bradley Jones
                                                                   Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

IN RE:                                                                              CHAPTER 13

**WILLIAM BRADLEY JONES**                                        CASE NO. 23-40147
    Debtor
_____

CERTIFICATE OF SERVICE AND NOTICE OF AMENDMENT TO SCHEDULES
_____

    I hereby certify that a copy of the attached amendment to schedules was this 16th day of November, 2023, forwarded to:

Hon. William Lawrence, Trustee
310 Republic Plaza
200 South Seventh St.
Louisville KY 40202

Division of Collections
Department of Revenue
P. O. Box 491
Frankfort, KY 40602-0491

along with a copy of the Order for Meeting of Creditors by depositing a copy of same in the United States mail, properly addressed and postage prepaid.
NOTE: Also included is a copy of the Debtor's plan and a blank proof of claim form to each creditor listed above.  (Only if case is a Chapter 13)

    /s/ Steven D. Wilson
    Steven D. Wilson
    WILKEY & WILSON, P.S.C.
    111 West Second Street
    Owensboro, KY 42303
    (270) 685-6000